IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MYEKEAL DEAIRE WYNN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01608-TWP-TAB |
| ) | |
| ) | |
| THE CITY OF INDIANAPOLIS, et al. ) | |
| ) | |
| Defendants, ) | |

**ORDER GRANTING EMERGENCY MOTION
TO EXTEND ANSWER DEADLINE**

Defendants, the City of Indianapolis, Christopher Bailey, Matthew Harris and Michael McCalip, (collectively "City Defendants") having filed their Emergency Motion to Extend the Deadline to Answer by 24 hours, and this Court, having reviewed the Motion and being duly advised, hereby GRANTS the Defendants' Motion. [Filing No. 34.]

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the October 14, 2025 deadline to file an Answer or responsive pleading shall be extended 24 hours up to and including October 15, 2025.

Date: 10/15/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

MYEKEAL DEAIRE WYNN
7952 Echo Grove Pl
Indianapolis, IN 46236