**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MYEKEAL DEAIRE WYNN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01608-TWP-TAB |
| | ) |
| | ) |
| THE CITY OF INDIANAPOLIS, et al. | ) |
| | ) |
| Defendants, | ) |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants, City of Indianapolis, Christopher Bailey, Matthew Harris, and Michael McCalip

(collectively "City Defendants"), by counsel, hereby submit their Preliminary Witness and Exhibit

Lists:

**WITNESSES**

1. Plaintiff Myekeal Wynn;

2. Officer Matthew Harris;

3. Officer Michael McCalip;

4. Any individual from IMPD with knowledge of the incident;

5. Current and former employees and/or representatives of IMPD;

6. Current and former employees and/or representatives of City of Indianapolis;

7. Any individuals identified in Plaintiff's Witness List;

8. Any individuals identified by Plaintiff in response to written discovery;

9. Any expert witnesses that Defendants may decide to utilize at trial;

10. Any expert witnesses that Plaintiff may decide to utilize at trial;

11.  Any individuals deposed in this action;

12. Any individuals necessary to lay the foundation for the admission of exhibits to be used at trial;

13. Any individuals with knowledge and information relevant to the claims and defenses in this action who might be discovered as this case moves forward;

14. Any custodian of relevant documents/records if not among the foregoing individuals;

15. Any and all witnesses necessary for rebuttal or impeachment;

16. Defendants reserve the right to modify, amend, or supplement this witness list as necessary;

## EXHIBITS

1.  Videos of incident that is the subject of Plaintiff's Complaint, including IMPD body-worn camera footage;

2.  IMPD report;

3.  Any documents related to Plaintiff's arrest and prosecution;

4.  All items produced by any party or non-party in any discovery responses in this action;

5.  Any deposition transcripts taken in connection with this lawsuit, including exhibits thereto;

6.  Any written report prepared by any of the parties' experts in this case, including any documents, records, academic articles, literature, or things relied on by said experts in forming their opinions;

7.  Any additional documents whose relevance becomes known to Defendants during discovery or trial;

8.  Any and all answers to interrogatories by any party in this matter;

9.  Any and all written or recorded statements given regarding this matter;

10. Curricula vitae, reports, or affidavits of any experts retained by any party in this action;

11. All items listed by any other party in their exhibit lists;

12. Defendants reserves the right to amend or supplement this exhibit list if and as appropriate, and further reserve the right to rely on any document identified by Plaintiff or produced in this case by any party or any third party.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

/s/ Caitlin A. Wilkinson
Caitlin A. Wilkinson (39067-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
caitlin.wilkinson2@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this Monday, December 15, 2025 a copy of the foregoing was served

electronically on all parties of record, as set forth below:

MYEKEAL DEAIRE WYNN
7952 Echo Grove Pl
Indianapolis, IN 46236
myekeal@gmail.com
*Plaintiff*

Katherine A. Meltzer
Eric J. Leveque
Alexander Carlisle
OFFICE OF ATTORNEY GENERAL
Katherine.Meltzer@atg.in.gov
Alexander.Carlisle@atg.in.gov
Eric.Leveque@atg.in.gov
*Attorneys for Defendants Ryan Mears and William E. Wire*

*/s/ Caitlin A. Wilkinson*
Caitlin A. Wilkinson (39067-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968

4